# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 6, 2024

Lyle W. Cayce
Clerk

No. 24-30312

_____

Chelsea Reid,

*Plaintiff—Appellee*,

*versus*

Cafe Habana Nola, L.L.C., *doing business as* Habana Outpost
New Orleans,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-7201

_____

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Having examined the district court opinion, reviewed the record, and considered the briefs filed by the parties, we AFFIRM for the reasons stated by the district court.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.